UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDART LEASING COMPANY, LLC<br><br>Plaintiff,<br><br>-against-<br><br>RYDER TRUCK RENTAL, INC.<br><br>Defendant. | 14-cv-7751 (JSR) (HBP)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties as follows:

1. Defendant's time to answer, move, or otherwise respond to the Complaint is hereby extended to and including October 27, 2014.

2. This stipulation may be executed in counterparts.

3. Facsimile and email signatures shall be accepted as originals for purposes of the Stipulation.

Dated: New York, NY
September 26, 2014

WARNER & SCHEUERMAN

By: _____
Jonathon D. Warner
6 West 18th Street, 10th Floor
New York, NY 10011
(212) 924-7111

*Counsel for plaintiff Edart Leasing Company, LLC*

BALBER PICKARD MALDONADO &
VAN DER TUIN, PC

By: _____
Roger Juan Maldonado
Chenxi Jiao
1370 Avenue of the Americas
New York, NY 10019
(212) 246-2400

*Counsel for defendant Ryder Truck Rental, Inc.*

No further extensions requested 10/27/14

SO ORDERED

_____
Hon. Jed S. Rakoff
United States District Judge   9/30/14